IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMILY M. AGUILERA ) | Civil No. C08-5337JKA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR |
| ) | EXTENSION OF TIME |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant ) | |

Based upon the Stipulation between the parties it is hereby ORDERED that the Plaintiff shall have an extension to and including September 25, 2008, to file Plaintiff's Opening Brief.  It is further ORDERED that Defendant shall have to and including October 23, 2008, to file Defendant's Responsive Brief.  It is further ORDERED that Plaintiff shall have to and including November 6, 2008, to file Plaintiff's Reply Brief.

DATED this 15th day of September, 2008.

      /s/ J. Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

ORDER [C08-5337JKA] -1

Presented by:

s/ TEAL M. PARHAM   WSB #21954
Attorney for Plaintiff
910 12th Avenue, P.O. Box 757
Longview WA  98632
Telephone: (360) 423-3810
FAX:  (360) 423-3812
tparham@qwestoffice.net

ORDER  [C08-5337JKA] -2