UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMILY M. AGUILERA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  C08-5337JKA<br><br><br>ORDER FOR EXTENSION<br>OF TIME |

Based on the Stipulation between the parties, it is hereby ORDERED that Defendant's request for an Extension is granted and the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including November 24, 2008, to file Defendant's responsive brief; and
- Plaintiff shall have up to and including December 8, 2008, to file an optional reply brief.

DATED this 6th day of November, 2008.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ RICHARD M. RODRIGUEZ
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98105-7075
Telephone: (206) 615-3748
FAX: (206) 615-2531
Richard.Rodriguez@ssa.gov