UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMILY M. AGUILERA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. C08-5337JKA<br><br><br>ORDER FOR REMAND |

Based upon the stipulation of the parties, it is hereby ORDERED that the above-captioned case be remanded to the Commissioner of Social Security for further administrative proceedings, further development of the record, a new hearing and a new decision. On remand, the ALJ will: 1) evaluate and rule on Plaintiff's work activity at all times since the alleged onset date of disability; 2) if necessary, address the opinion of Robert Schneider, Ph.D. and provide a rationale for the weight assigned to it; 3) if necessary re-evaluate the opinions of the lay witness statements including the opinions of Allan Volman, Brent Francisco, and Jamie Lane in accordance with SSR 06-3p; 4) if necessary, re-evaluate Plaintiff's credibility pursuant to SSR 96-7p; 5) if necessary,

Page 1      ORDER - [3:08-CV-5337-JKA]

re-evaluate the medical opinions of record 6) if necessary, re-evaluate Plaintiff's residual functional capacity pursuant to SSR 96-8p;  7) upon the expanded record, if necessary, obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the occupational base; and 8) obtain the testimony of a medical expert to help determine whether Plaintiff's drug and alcohol abuse is a material factor to any disability.

Plaintiff may present new arguments and evidence. The ALJ may perform further development and conduct further proceedings as necessary.

This case is reversed and remanded pursuant to sentence four of 43 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses and attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a),(d)

DATED this 17th day of November, 2008.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ RICHARD M. RODRIGUEZ
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98105-7075
Telephone:  (206) 615-3748
FAX:  (206) 615-2531
Richard.Rodriguez@ssa.gov