UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| EMILY AGUILERA, | CASE NO. C08-5337JKA |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT |
| MICHAEL ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

This matter comes before the court on an unopposed motion for attorney's fees and other expenses under the Equal Access to Justice Act.

Accordingly, It is hereby ORDERED that attorney fees in the amount of $3,917.57, and expenses in the amount of $54.65, for a total of $3,972.22, shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and that costs in the amount of $369.00 should be awarded to Plaintiff pursuant to 28 U.S.C. § 1920. The check(s) shall be mailed to Plaintiff's attorney's office: Teal M. Parham, 910 12th Avenue - PO Box 757, Longview, WA 98632.the motion is **GRANTED**.

DATED this 23rd day of February, 2009.

                          */s/ J. Kelley Arnold*
                          J. Kelley Arnold
                          U.S. Magistrate Judge