# United States District Court

WESTERN DISTRICT OF WASHINGTON

EMILY AGUILERA

        v.

MICHAEL ASTRUE,
Commissioner of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5337JKA

  __   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the attorney fees in the amount of $3,917.57, and expenses in the amount of $54.65, for a total of $3,972.22, shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and costs in the amount of $369.00 should be awarded to Plaintiff pursuant to 28 U.S.C. § 1920. The check(s) shall be mailed to Plaintiff's attorney's office: Teal M. Parham, 910 12th Avenue - PO Box 757, Longview, WA 98632. The motion is **GRANTED**.

  February 26, 2009                                                          BRUCE RIFKIN
Date                                                                                       Clerk

                                                                                        *s/CM Gonzalez*
                                                                                        Deputy Clerk